

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| | § | No. 08-13-00005-CV |
| IN RE: PEGGY SMART, formerly known as PEGGY CHATELAIN , | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Bob Parks, Judge of the 143rd District Court of Reeves County, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 20TH DAY OF JUNE, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.